**No. 09-5801. Ruben Flores-Villar, Petitioner v. United States.**

559 U.S. 1105, 130 S. Ct. 2428, 176 L. Ed. 2d 922, 2010 U.S. LEXIS 3707.

May 3, 2010. Motion of petitioner for appointment of counsel granted. Steven F. Hubachek, Esquire, of San Diego, California, is appointed to serve as counsel for the petitioner in this case.

**No. 09-9464. Julia L. Musall, Petitioner v. Stella Owens, et al.**

559 U.S. 1105, 130 S. Ct. 2428, 176 L. Ed. 2d 922, 2010 U.S. LEXIS 3829.

May 3, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 24, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-9669. Shawn Gaines, Petitioner v. New York City Transit Authority, et al.**

559 U.S. 1105, 130 S. Ct. 2428, 176 L. Ed. 2d 922, 2010 U.S. LEXIS 3853.

May 3, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 24, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Sotomayor took no part in the consideration or decision of this motion.

**No. 08-1222. Boy Scouts of America, et al., Petitioners v. Lori Barnes-Wallace, et al.**

559 U.S. 1106, 130 S. Ct. 2401, 176 L. Ed. 2d 922, 2010 U.S. LEXIS 3738.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 530 F.3d 776.

**No. 09-740. Antoine Hill, Petitioner v. United States.**

559 U.S. 1106, 130 S. Ct. 2402, 176 L. Ed. 2d 922, 2010 U.S. LEXIS 3770.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 340 Fed. Appx. 950.

**No. 09-766. Palmyra Pacific Seafoods, L.L.C., et al., Petitioners v. United States.**

559 U.S. 1106, 130 S. Ct. 2402, 176 L. Ed. 2d 922, 2010 U.S. LEXIS 3693.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 561 F.3d 1361.

**No. 09-771. Acceptance Insurance Companies, Inc., Petitioner v. United States.**

559 U.S. 1106, 130 S. Ct. 2402, 176 L. Ed. 2d 922, 2010 U.S. LEXIS 3746.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.